CRÉDITO Y AHORRO POPULAR, demandante y apelado, *v.* ANTONIO MOLINI y su esposa BLANCA MARIANI DE MOLINI, demandados y apelantes.

No. 5866.—*Sometido:* Noviembre 23, 1931. *Resuelto:* Diciembre 18, 1931.

*González Fagundo & González Jr.,* abogados de los apelantes; *Tous Soto & Zapater,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Dictada sentencia contra el demandado en este pleito, Antonio Molini, condenándolo a pagar determinada cantidad de dinero, fué entregado al márshal de la corte un mandamiento para que cumpliera la sentencia. Devuelto ese man-

damiento por dicho funcionario el demandante solicitó del tribunal inferior que de acuerdo con el artículo 269 del Código de Enjuiciamiento Civil ordenase a Antonio Molini que compareciera a contestar bajo juramento sobre los bienes que poseyera. El tribunal dictó dicha orden apercibiendo al demandado Molini de desacato si dejaba de comparecer, y el día que fué señalado para tal comparecencia el tribunal, después de oír a las partes, declaró sin lugar la moción del demandante y sobreseyó la orden que había dictado. Posteriormente y a instancia del demandante reconsideró esa resolución por entender que un desistimiento del pleito que había presentado el demandante se refería a la esposa, también demandada, y no a su marido, y autorizó al demandante para que solicitara de nuevo señalamiento de día y hora para que el demandado Molini compareciera a declarar sobre sus bienes. De esta resolución apeló el demandado ante nosotros y el demandante nos pide que desestimemos su recurso por no ser apelable dicha resolución.

El número tercero del artículo 295 del Código de Enjuiciamiento Civil autoriza apelaciones contra resoluciones especiales dictadas después de sentencia, o sea, contra las que decidan cuestiones no resueltas por la sentencia, y de acuerdo con ese precepto la resolución recurrida es apelable porque por ella el apelante Antonio Molini debe comparecer ante el tribunal a declarar bajo juramento sobre los bienes que poseyera, apercibido de ser castigado por desacato, toda vez que el dejar sin efecto la corte inferior la orden que anteriormente había dictado declarando sin lugar la moción del demandante produce el efecto de decretar que el apelante Molini está obligado a comparecer a declarar sobre sus bienes el día que se señale.

*La moción de desestimación debe ser negada.*